**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00262-CV

## IN THE INTEREST OF T.C., A.C., J.D., AND K.J., CHILDREN

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00829-W

## ORDER

Before the Court is appellant's April 8, 2019 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **April 29, 2019**. We caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE